IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **A.A., a minor, by his parent and natural guardian, Yolette Alcis, and YOLETTE ALCIS,** <br> Plaintiffs, <br><br> v. <br><br> **THE SCHOOL DISTRICT OF PHILADELPHIA, and THE SCHOOL REFORM COMMISSION,** <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 16-1684 |

**O R D E R**

**AND NOW**, this 19th day of November, 2020, upon consideration of the Motion for Summary Judgment filed by defendants, the School District of Philadelphia and the School Reform Commission (Document No. 53, filed January 24, 2020), Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Document No. 58, filed February 18, 2020), and Defendants' Reply Brief in Support of Its Motion for Summary Judgment (Document No. 60, filed February 25, 2020), for the reasons stated in the accompanying Memorandum dated November 19, 2020, **IT IS ORDERED** that defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. That part of defendants' motion which seeks summary judgment on plaintiffs' claims against the School District of Philadelphia is **DENIED**; and

2. That part of defendants' motion which seeks summary judgment on plaintiffs' claims against the School Reform Commission is **GRANTED**.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** to delete reference to the School Reform Commission as a defendant.

2

**IT IS FURTHER ORDERED** that a telephone conference for the purpose of scheduling further proceedings will be conducted in due course.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

**DuBOIS, JAN E., J.**